LICARI v. SILVER et al. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Appeal from Special Term, New York County. Action by Salvatore Licari, an infant, against Thomas Silver and another. From an order granting defendant's motion for a bill of particulars, plaintiff appeals. Modified and affirmed. Rosario Maggio, of New York City, for appellant. Benjamin F. Feiner, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by requiring the plaintiff to

give the particulars specified in the first and fifth subdivisions of the demand, and not requiring the plaintiff to furnish those specified in the second, third, and fourth subdivisions; and, as thus modified, the order is affirmed, without costs. Settle order on notice.

